# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, New York 12211

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Bonnie Baker, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

November 17, 2009

**FILED**

NOV 19 2009

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Lori – Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:   07-60487         Donald & Karen Guisti

To Whom It May Concern:

Rcd 11/19/09 MK

Enclosed please find check **#919412** in the amount of **$.01** representing an overpayment by the debtors in this case and have attempted to distribute funds. The debtors have failed to cash checks. All attempts to contact and forward checks have been unsuccessful.

Claim No.            Debtor refund

Account#

Creditor             Donald & Karen Guisti
                     126 Pine Street
                     Tribes Hill, NY 12177

Very truly yours,

/s/Cheryl Corning
Cheryl Corning
Office of Andrea Celli